AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| James Kevin Kergil | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   17-cv-4675 (CM), 12-cr-0152 (CM) |
| United States of America | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

James Kevin Kergil                                                                                                          .

Date:   11/27/2017

/s/
*Attorney's signature*

Marc A. Fernich 2472595
*Printed name and bar number*

Law Office of Marc Fernich
810 Seventh Avenue, Suite 620
New York, NY 10019
*Address*

maf@fernichlaw.com
*E-mail address*

(212) 446-2346
*Telephone number*

(212) 459-2299
*FAX number*