```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES KEVIN KERGIL,

                Movant,

-against-

UNITED STATES OF AMERICA,

                Respondent.

17-CV-4675 (CM)

12-CR-0152 (CM)

ORDER TO ANSWER, 28 U.S.C. § 2255

MCMAHON, C.J.:

James Kevin Kergil has filed an amended motion to vacate, correct, or set aside his conviction and sentence, pursuant to 28 U.S.C. § 2255. (12 CR 152-CM, ECF Document 452).

The U.S. Attorney's Office is directed to amend it previously filed response to address defendant's amended petition, within sixty days of the date of this order.

SO ORDERED:

Dated: January 15, 2019
       New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge